UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
THEO RIGBY,

                         Plaintiff,

-against-                                            07 CIV 7751 (RJS)(JCF)

THE CITY OF NEW YORK, *et al.*,

                         Defendants.
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Raju Sundaran hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       November 1, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York
                                            *For Defendant The City of New York*

By: _____
             Raju Sundaran (RS 8011)
             Assistant Corporation Counsel
             Special Federal Litigation Division
             100 Church Street, Room 3-310
             New York, New York 10007
             Tel: 212.788.0467
             Fax: 212.788.9776

cc: All Parties (by ECF)