UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| THEO RIGBY, | **PROOF OF SERVICE** |
| Plaintiff, | |
| -against- | ECF CASE |
| THE CITY OF NEW YORK; MICHAEL BLOOMBERG, Mayor of the City of New York; RAYMOND KELLY, New York City Police Commissioner; STEPHEN HAMMERMAN, Former Deputy Commissioner for Legal Matters, New York City Police Department; DAVID COHEN, Deputy Commissioner for Intelligence, New York City Police Department; THOMAS DOEPFNER, Assistant Deputy Commissioner for Legal Matters, New York City Police Department; NYPD LIEUTENANT DANIEL ALBANO; NYPD DEPUTY INSPECTOR KERRY SWEET, NYPD Legal Bureau Executive Officer; NYPD Legal Bureau Senior Counsel RUBY MARIN-JORDAN NYPD LEGAL BUREAU SUPERVISOR(S) AT PIER 57; JOSEPH ESPOSITO, Chief of the New York Police Department; THOMAS GRAHAM, Commander, Disorder Control Unit, New York City Police Department; JACK MCMANUS, Assistant Chief, New York City Police Department; BRUCE SMOLKA, former Commander, Patrol Borough Manhattan South, New York City Police Department; TERENCE MONAHAN, Assistant Chief of the Bronx Borough Command; JOHN J. COLGAN, Assistant Chief, New York City Police Department;POLICE INSPECTOR JAMES ESSIG; POLICE DEPUTY CHIEF THOMAS GALATI; POLICE DEPUTY INSPECTOR GERALD DIECKMANN; POLICE CAPTAIN LORENZO JOHNSON, POLICE LIEUTENANT PATRICK CORTRIGHT; POLICE LIEUTENANT MARK KEEGAN; POLICE OFFICER NICHOLAS GRAVINO, Shield No. 16767; JOHN DOES; RICHARD ROES; HUDSON RIVER PARK TRUST, | 07 Civ. 7751 (RJS)(JCF) |
| Defendants. | |

-----------------------------------------------------------X

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

I, Jessica G. Singer, hereby affirm under the penalties of perjury:

I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

On December 27, 2007, approximately 11:30 a.m., at PSA #3, 25 Central Avenue, Brooklyn, NY 11206, I served the Summons and Complaint upon DEPUTY INSPECTOR GERALD DIECKMANN, a defendant therein named, by personally delivering and leaving a true copy or copies of the aforementioned documents with PAA Crystal Barnes, a person of suitable age and discretion who accepted the papers on his behalf. On December 28, 2007, I then mailed a copy of the aforementioned documents to DEPUTY INSPECTOR GERALD DIECKMANN, a defendant therein named, at PSA #3, 25 Central Avenue, Brooklyn, NY 11206, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On December 28, 2007, approximately 11:30 a.m., at PSA #4, 130 Avenue C, New York, NY 10009, I served the Summons and Complaint upon LIEUTENANT MARK KEEGAN, a defendant therein named, by personally delivering and leaving a true copy or copies of the aforementioned documents with Lieutenant Thomas Shalley, Tax ID No. 902404, a person of suitable age and discretion who accepted the papers on his behalf. On December 28, 2007, I then mailed a copy of the aforementioned documents to LIEUTENANT MARK KEEGAN, a defendant therein named, at PSA #4, 130 Avenue C, New York, NY 10009, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

January 4, 2008                      _____
                                     Jessica G. Singer

STATE OF NEW YORK    )
                     :SS
COUNTY OF NEW YORK   )

On this 4th day of January, 2008, before me personally came Jessica Singer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2008