UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THEO RIGBY,  )
 )
                Plaintiff, )
 )
  -against- )
 )
THE CITY OF NEW YORK; MICHAEL )
BLOOMBERG, Mayor of the City of New York; )
RAYMOND KELLY, New York City Police )
Commissioner; STEPHEN HAMMERMAN, )
Former Deputy Commissioner for Legal Matters, )
New York City Police Department; DAVID )
COHEN, Deputy Commissioner for Intelligence, )
New York City Police Department; THOMAS )
DOEPFNER, Assistant Deputy Commissioner for )
Legal Matters, New York City Police Department; )
NYPD LIEUTENANT DANIEL ALBANO; NYPD )
DEPUTY INSPECTOR KERRY SWEET, NYPD )
Legal Bureau Executive Officer; NYPD Legal )
Bureau Senior Counsel RUBY MARIN-JORDAN )
NYPD LEGAL BUREAU SUPERVISOR(S) AT )
PIER 57; JOSEPH ESPOSITO, Chief of the New )
York Police Department; THOMAS GRAHAM, )
Commander, Disorder Control Unit, New York City )
Police Department; JACK MCMANUS, Assistant )
Chief, New York City Police Department; BRUCE )
SMOLKA, former Commander, Patrol Borough )
Manhattan South, New York City Police )
Department; TERENCE MONAHAN, Assistant )
Chief of the Bronx Borough Command; JOHN J. )
COLGAN, Assistant Chief, New York City Police )
Department; POLICE INSPECTOR JAMES ESSIG; )
POLICE DEPUTY CHIEF THOMAS GALATI; )
POLICE DEPUTY INSPECTOR GERALD )
DIECKMANN; POLICE CAPTAIN LORENZO )
JOHNSON, POLICE LIEUTENANT PATRICK )
CORTRIGHT; POLICE LIEUTENANT MARK )
KEEGAN; POLICE OFFICER NICHOLAS )
GRAVINO, Shield No. 16767; JOHN DOES; )
RICHARD ROES; HUDSON RIVER PARK )
TRUST, )

**PROOF OF SERVICE**

**ECF CASE**

**07 Civ. 7751 (RJS)(JCF)**

1

```
                                        )
                    Defendants.         )
-----------------------------------------X
```

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

I, Jessica G. Singer, hereby affirm under the penalties of perjury:

I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

On December 19, 2007, approximately 3:30 p.m., at the New York City Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, NY 10038, I served the Summons and Complaint upon FORMER ASSISTANT CHIEF JACK MCMANUS, a defendant therein named, by personally delivering and leaving at his actual place of business with Evan Gluck, Esq., a person of suitable age and discretion who accepted the papers on their behalf, a true copy or copies of the aforementioned documents. On December 21, 2007, I then mailed a copy of the aforementioned documents to FORMER ASSISTANT CHIEF JACK MCMANUS, a defendant therein named, at the New York City Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, NY 10038, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On December 20, 2007, approximately 12:30 p.m., at the New York City Law Department, 100 Church Street, Fourth Floor, New York, NY 10007, I served the Summons and Complaint upon MAYOR MICHAEL BLOOMBERG, a defendant therein named, by personally delivering and leaving at his actual place of business with Tamekia Mendes-Gammon, docketing clerk authorized to accept service, a true copy or copies of the aforementioned documents. On December 21, 2007, I then mailed a copy of the aforementioned documents to MAYOR MICHAEL BLOOMBERG, a defendant therein named, at the New York City Law Department, 100 Church Street, Fourth Floor, New York, NY 10007, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On December 20, 2007, approximately 1:30 p.m., at the Hudson River Park Trust, Pier 40 at W. Houston Street, New York, NY 10014, I served the Summons and Complaint upon the HUDSON RIVER PARK TRUST, a defendant therein named, by personally delivering and leaving a true copy or copies of the aforementioned documents with Maryann Monte, a Chief of Staff authorized to accept service.

2

December 21, 2007

*Jessica G. Singer*

STATE OF NEW YORK    )
                     ss:
COUNTY OF NEW YORK   )

    On this 21st day of December, 2007, before me personally came Jessica Singer, to me known and known to me to be the individual described and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2008