

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

RAJU SUNDARAN
*Assistant Corporation Counsel*
Telephone: 212-788-0467
Facsimile: 212-788-9776
rsundara@law.nyc.gov

LEAD CASE
04 CIV 7922 (RJS) (JCF)

April 9, 2008

**VIA FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

DOCKET IN ALL CASES

Re:   *Manders et al. v. City of New York et al.* (07 CV 7752) (RJS) (JCF)
      *Jusick et al. v. City of New York et al.* (07 CV 7683) (RJS) (JCF)
      *Rigby v. City of New York et al.* (07 CV 7751) (RJS) (JCF)

Dear Judge Francis:

On behalf of defendants, I write with respect to the above referenced cases, which are newly filed RNC related cases. Defendants request a two day extension of time (until April 11, 2008) to serve their response to plaintiffs' March 24, 2008 application. Defendants' response was originally due today, April 9, 2008. Plaintiffs have consented to defendants' request for an extension of time. Likewise, defendants have consented to plaintiffs' request for a two day extension of time from April 16, 2008 to April 18, 2008 to serve their reply.

If this meets with the Court's approval, would Your Honor kindly "so order" it? Thank you.

Respectfully submitted,

*/s/ Raju Sundaran*

Raju Sundaran (RS 8011)

cc:  Jeffrey Rothman, Esq. (via Facsimile)

4/9/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ